# Court of Appeals
# of the State of Georgia

ATLANTA,  August 01, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1433. LAURESIA WOODS v. THE STATE.**

Lauresia Woods pled guilty in 2015 to homicide by vehicle in the first degree and related offenses. On January 6, 2022, Woods filed an out-of-time motion to modify sentence. The trial court issued an order dismissing the motion on January 20, 2022, and Woods filed this appeal on March 3, 2022.

Pretermitting whether the trial court's order is directly appealable, we lack jurisdiction because this appeal is untimely. A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (punctuation omitted). Woods filed the notice of appeal 42 days after entry of the trial court's order. Accordingly, this appeal is untimely and is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/01/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*